THE PEOPLE ex rel. D. WILLIS JAMES et al., Respondents, v. EDWARD GILON et al., as Assessors, etc., Appellants.

(Argued February 23, 1891; decided April 14, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made at the November term, 1890, which reversed on certiorari an assessment of the expenses of a street improvement made by the board of assessors of the city of New York.

The following is the *mem.* handed down herein:

"This case does not differ in any material respect from that of *People ex rel. Davidson**[*] against the same defendants, and is, necessarily, determined by the conclusions reached in that case.

"The order of the General Term should be reversed and the writ dismissed, with costs."

*David J. Dean* and *George L. Sterling* for appellants.

*Truman H. Baldwin* for respondents.

RUGER, Ch. J., reads *mem.* for reversal and for dismissal of writ.

All concur.

Ordered accordingly._____